```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LAUREL D. WHITE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR. S-04-277 FCD |
|---|---|---|
| Plaintiff, | ) | **GOVERNMENT'S MOTION TO DISMISS** |
| v. | ) | |
| STEVEN JACK HOSS, | ) | |
| Defendant. | ) | |

Plaintiff, The United States of America, by and through its undersigned attorney, hereby applies to the Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for leave to dismiss with prejudice the Indictment in this case as to defendant Steven Jack Hoss. The defendant has successfully completed his 18-month period of Pre-trial Diversion. The Pre-trial Services Officer Sandra D. Hall supports this request.

DATED: April 4, 2006             Respectfully submitted,

                                 McGREGOR W. SCOTT
                                 United States Attorney

                            By:  /s/ Laurel D. White
                                 LAUREL D. WHITE
                                 Assistant U.S. Attorney

///

1

_____

ORDER

IT IS SO ORDERED the case is dismissed with prejudice.

DATED: _____
HONORABLE FRANK C. DAMRELL,
United States District Court Judge