```
McGREGOR W. SCOTT
United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR. S-04-277 FCD |
| ) | |
| Plaintiff, ) | **GOVERNMENT'S MOTION TO DISMISS** |
| ) | |
| v. ) | |
| ) | |
| STEVEN JACK HOSS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff, The United States of America, by and through its undersigned attorney, hereby applies to the Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for leave to dismiss with prejudice the Indictment in this case as to defendant Steven Jack Hoss. The defendant has successfully completed his 18-month period of Pre-trial Diversion. The Pre-trial Services Officer Sandra D. Hall supports this request.

DATED: April 4, 2006                    Respectfully submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

                                    By:   /s/ Laurel D. White
                                            LAUREL D. WHITE
                                            Assistant U.S. Attorney

///

_____

<u>ORDER</u>

IT IS SO ORDERED the case is dismissed with prejudice.

DATED: April 4, 2006            /s/ Frank C. Damrell Jr.
                                HONORABLE FRANK C. DAMRELL, JR.
                                United States District Court Judge